IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI QUIST, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:12-cv-9433 ) |
| v. | ) Hon. Charles R. Norgle, Sr. ) |
| WELLS FARGO BANK, N.A. and WELLS FARGO HOME MORTGAGE, | ) Magistrate Judge: Mary M. Rowland ) ) |
| Defendants. | ) ) ) |

**JOINT STIPULATION OF DISMISSAL
OF AMENDED CLASS ACTION COMPLAINT**

Plaintiff Lori Quist ("plaintiff") and defendant Wells Fargo Bank, N.A., including its division Wells Fargo Home Mortgage[1] ("Wells Fargo"), through its counsel (collectively, the "parties"), hereby stipulate and agree to DISMISS the Amended Class Action Complaint filed by plaintiff against Wells Fargo. The parties further stipulate and agree to dismiss plaintiff's individual claims WITH PREJUDICE and to dismiss the putative class claims WITHOUT PREJUDICE. Except as otherwise agreed to by the parties, each party shall bear their and its own costs and expenses, including attorneys' fees, and hereby waives any rights of appeal.

---

[1] Wells Fargo Home Mortgage is an operating division of Wells Fargo Bank, N.A. and is not a separate legal entity.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| LORI QUIST | WELLS FARGO BANK, N.A., |
| *Pro Se*, | By its attorneys, |

*[signature]*

Lori Quist
538 North Main Street
Naperville, IL 60563

*Plaintiff*

Kenneth E. Rechtoris (Bar No. 6190285)
**K&L GATES LLP**
70 W. Madison St., Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000
kenneth.rechtoris@klgates.com

Irene C. Freidel (N.D. Ill. Bar No. 559051)
Jennifer J. Nagle (*pro hac vice*)
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
irene.freidel@klgates.com
jennifer.nagle@klgates.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: June 14, 2014

- 2 -

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LORI QUIST | WELLS FARGO BANK, N.A., |
| *Pro Se*, | By its attorneys, |

_____       */s/ Jennifer J. Nagle*

Lori Quist
538 North Main Street
Naperville, IL  60563

*Plaintiff*

Kenneth E. Rechtoris (Bar No. 6190285)
**K&L GATES LLP**
70 W. Madison St., Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000
kenneth.rechtoris@klgates.com

Irene C. Freidel (N.D. Ill. Bar No. 559051)
Jennifer J. Nagle (*pro hac vice*)
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175
irene.freidel@klgates.com
jennifer.nagle@klgates.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated:  July 9, 2014

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 9, 2014, a copy of the foregoing was sent, via Federal Express, to all individuals on the below service list.

*/s/ Jennifer J. Nagle*
Jennifer J. Nagle

## SERVICE LIST

**Case No. 1:12-cv-09433**

Lori Quist
538 North Main Street
Naperville, IL  60563

*Plaintiff, Pro se*