# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Lori Quist

                      Plaintiff,

v.                                                       Case No.: 1:12–cv–09433
                                                     Honorable Charles R. Norgle Sr.

Wells Fargo Bank, NA, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2014:

       MINUTE entry before the Honorable Charles R. Norgle: IT IS HEREBY ORDERED that plaintiff's individual claims are dismissed with prejudice and the putative class claims are dismissed without prejudice pursuant to the Joint Stipulation of Dismissal of Amended Class Action Complaint [80]. Except as otherwise agreed to by the parties, each party shall bear their and its own costs and expenses, including attorneys' fees, and hereby waives any rights of appeal. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.